SHEROVER AND COMPANY, INC., Respondent, *v.* SANFORD GRIFFITH et al., Appellants.

Argued March 6, 1940; decided April 9, 1940.

*Chauncey E. Treadwell* and *William Biel* for appellants.

*Osmond K. Fraenkel* and *Charles H. Levitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.